1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772



FILED

MAR 11 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH ) No. 2:09-SW-367 DAD
OF 8470 RIVER ROAD, OLYMPIC )
VALLEY, CALIFORNIA, etc.,   ) **PLAINTIFF'S <u>EX PARTE</u> MOTION TO
                            ) AMEND AND CORRECT SEARCH WARRANT
                            ) RETURN AND ORDER THEREON**
                            )
                            ) Court:  Hon. Edmund F. Brennan

   Plaintiff United States of America respectfully moves <u>ex parte</u> for an order allowing the United States to file an Amended Search Warrant Return to correct the Search Warrant Return filed on December 2, 2009, for the search of 8470 River Road, Olympic Valley, California.  This motion is based on the accompanying Declaration of Forest Service Special Agent Anthony Magarrell, which establishes that by inadvertence Agent Magarrell erroneously attached a list of the evidence seized from 11718 Cedar Trail, Truckee, California to the Search Warrant Return for the search of 8470 River Road, Olympic Valley, California, and

///

///

///

vice versa.  The United States desires to correct this inadvertent error so that the record is clear regarding what evidence was seized at the property searched.

Dated:   March 11, 2010               BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Samuel Wong
                                 By:  _____
                                      SAMUEL WONG
                                      Assistant U.S. Attorney


**ORDER**

The Court having received, read, and considered the United States' ex parte motion to amend and correct the search warrant return, and good cause appearing therefrom,

It is hereby ordered that the United States' motion is granted and Forest Service Special Agent Anthony Magarrell shall present to the Court an amended search warrant return correcting the inadvertent error in his original return of the search warrant.

Dated:   March 11, 2010               _____
                                      EDMUND F. BRENNAN
                                      United States Magistrate Judge

| Amended RETURN | | 09-SW-367-DAD |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 11/18/9 | 11/19/9 1100hours | In house |
| INVENTORY MADE IN THE PRESENCE OF | | |
| Eric Shultz | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached 3 pages

Amended

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_ #151

Subscribed, sworn to, and returned before me this date.

_[signature]_ Judge     3-11-2010 Date

USDA Forest Service

**U.S. FOREST SERVICE**
**LAW ENFORCEMENT & INVESTIGATIONS**
**EVIDENCE CUSTODY AND CONTROL FORM (CONTINUATION SHEET)**
(Reference FSH 5309.11, Chapter 20)

FS-5300-49 (2/2008)

Page 1 of 3

#14-975(e)(1)

| Incident/Case No.: | Seizure Date and Time: | Nature of Incident: | Case Agent/Officer: |
|---|---|---|---|
| 05-08-694-2126 | 11/19/2009 1600 HRS | SEARCH WARRANT | MAGARRELL |

| Item No. | Description of Property (e.g. make, model, color, weight, value, serial number, etc.) | Location Obtained | Found By |
|---|---|---|---|
| 394-1 | MISC PAPERWORK - BANK STATEMENTS, ETC | MBR BY BED | SCHULTZ |
| 394-2 | MISC PAPERWORK | MBR BY BATHTUB | SCHULTZ |
| 394-3 | INDICIA, PAPERWORK, 3 BGS OF MJ, 1 PAPER BAG W/ MJ TRIM/BUDS, MJ MAG | KITCHEN TABLE | SCHULTZ |
| 394-4 | MISC PAPERWORK, SONY CAMERA, NAVIATRACK GPS | OFFICE - TABLE | SCHULTZ |
| 394-5 | TWO BGS OF MARIJUANA, PAPERWORK | MBR DRESSER | SCHULTZ |
| 394-6 | ONE BAG OF MJ, RECEIPTS, CHECKBOOK, PAPERWORK | MBR METAL CABINET | SCHULTZ |
| 394-7 | THREE GLASS JARS CONTAINING PROCESSED MJ PRODUCT - HASH | MBR CLOSET | SCHULTZ |
| 394-8 | TWO METAL CYLINDERS WITH WOODEN DOWELS TO COMPRESS HASH | OFFICE AREA CLOSET | SCHULTZ |
| 394-9 | BALLAST SERIAL # 108935 | BASEMENT GROW ROOM | SCHULTZ |
| 394-10 | BALLAST SERIAL # 109864 | GROW ROOM | SCHULTZ |
| 394-11 | SUN SYSTEM GROW LIGHT | GROW ROOM | SCHULTZ |
| 394-12 | DEFLECT-O BLOWER | GROW ROOM | SCHULTZ |
| 394-13 | LARGE SOFT-SIDED BACKPACK | GROW ROOM | SCHULTZ |
| 394-14 | RAPIDT GROW LIGHT IN BOX | GROW ROOM | SCHULTZ |

#1 = 180.6      Copies: Original – Case Agent/LEO; Copy (yellow) – Evidence Officer/Packing List; Copy (pink) – Receipt
#2 = 184.2 - 5.8 = 178.4        18.3 - 2.5 = 15.8       3 #5
#3 = 24.9                        19.1 = GROSS HALF BAR
                                 16 GROSS W/ OF BAG 3 #6
385.9 grams

Case Agent/LEO

USDA Forest Service

FS-5300-49 (2/2008)

**U.S. FOREST SERVICE**
**LAW ENFORCEMENT & INVESTIGATIONS**
**EVIDENCE CUSTODY AND CONTROL FORM (CONTINUATION SHEET)**
(Reference FSH 5309.11, Chapter 20)

Page 2 of 3

| Incident/Case No.: | Seizure Date and Time: | | Nature of Incident: | Case Agent/Officer: |
|---|---|---|---|---|
| OS-08-6942120 | 11/19/2009 | 1600 hrs | SEARCH WARRANT | MAGARRELL |

| Item No. | Description of Property (e.g. make, model, color, weight, value, serial number, etc.) | Location Obtained | Found By |
|---|---|---|---|
| 394-15 | SUN SYSTEMS GROW LIGHT | GROW ROOM | SCHULTZ |
| 394-16 | DIAMOND BALLAST | GROW ROOM | SCHULTZ |
| 394-17 | TWO (2) FLAT PANEL TYPE GROW LIGHTS | GROW ROOM | SCHULTZ |
| 394-18 | TWO (2) SUN SYSTEM GROW LIGHTS | GROW ROOM | SCHULTZ |
| 394-19 | PLASTIC RUBBERMAID CONTAINING MARIJUANA | GROW ROOM | SCHULTZ |
| 394-20 | BOX CONTAINING MISC GROW EQUIP (TIMER, CONTACTOR, SPRINKLER) | GROW ROOM | SCHULTZ |
| 394-21 | BOX CONTAINING MIRACLE GRO AND FERTILIZER | GROW ROOM | SCHULTZ |
| 394-22 | LARGE BLACK PLASTIC CONTAINER WITH MISC GROW EQUIP | GROW ROOM | SCHULTZ |
| 394-23 | LARGE BLACK PLASTIC CONTAINER WITH MISC GROW EQUIP | GROW ROOM | SCHULTZ |
| 394-24 | LARGE BLK PLASTIC TRAY WITH MISC GROW EQUIP, BUCKETS, TRAYS, WATER CAN | GROW ROOM | SCHULTZ |
| 394-25 | ONE (1) BAG GARDENERS GOLD POTTING SOIL | GROW ROOM | SCHULTZ |
| 394-26 | ONE (1) BAG GARDENERS GOLD POTTING SOIL | GROW ROOM | SCHULTZ |
| 394-27 | BOX CONTAINING DRIP HOSE LINE AND EMITTERS | GROW ROOM | SCHULTZ |
| 394-28 | ACE SPRAYER | GROW ROOM | SCHULTZ |

Copies: Original – Case Agent/LEO; Copy (yellow) – Evidence Officer/Packing List; Copy (pink) - Receipt

USDA Forest Service

FS-5300-49 (2/2008)

**U.S. FOREST SERVICE**
**LAW ENFORCEMENT & INVESTIGATIONS**
**EVIDENCE CUSTODY AND CONTROL FORM (CONTINUATION SHEET)**
(Reference FSH 5309.11, Chapter 20)

Page 3 of 3

| Incident/Case No.: | Seizure Date and Time: | Nature of Incident: | Case Agent/Officer: |
|---|---|---|---|
| OS-08-6942120 | 11/19/2009 1600 hrs | SEARCH WARRANT | MAGGARRELL |

| Item No. | Description of Property (e.g. make, model, color, weight, value, serial number, etc.) | Location Obtained | Found By |
|---|---|---|---|
| 394-29 | (red) SKI-DOO BOMBARDIER SNOWMOBILE VIN# 2BPS2267230000830 | DRIVEWAY | SCHULTZ |
| 394-30 | SKI-DOO BOMBARDIER SNOWMOBILE VIN# 2BPS187581V000199 | DRIVEWAY | SCHULTZ |
| 394-31 | YAMAHA QUAD KODIAK VIN# JY4AJ03Y81C011572 | DRIVEWAY | SCHULTZ |
| 394-32 | NORTHSTAR POWER WASHER HONDA ENGINE # GCAA-2744745 | WORKSHOP (BSMT) | SCHULTZ |
| 394-33 | HONDA AIR COMPRESSOR SERIAL # D161142 | WORKSHOP BSMNT | SCHULTZ |
| 394-34 | BOSCH BRUTE JACK HAMMER SER# 284000397 | WORKSHOP | SCHULTZ |
| 394-35 | SKI-DOO BOMBARDIER SNOWMOBILE VIN# 2BPS40255VV600410 | LOWER PARK/GARAGE | SCHULTZ |
| 394-36 | SNOWMOBILE TRAILER CA PLATE # 4DT1976 | LOWER PARKING AREA | SCHULTZ |
| 394-37 | CANVAS BAG CONTAINING MISC GROW ITEMS | MIDDLE WORKSHOP | SCHULTZ |
| 394-38 | EMPTY OHAUS SCALE BOX SER# 7124331291 | OFFICE AREA | SCHULTZ |
| 394-39 | BLACK PLASTIC BOX WITH SOIL TEST KIT | OFFICE AREA | SCHULTZ |
| 394-40 | 5-GALLON PLASTIC BUCKET WITH MISC GROW EQUIP | WORKSHOP MIDDLE | SCHULTZ |
| 394-41 | FIVE (5) PVC PIPE CONTAINERS | WORKSHOP | SCHULTZ |

Copies: Original – Case Agent/LEO; Copy (yellow) – Evidence Officer/Packing List; Copy (pink) - Receipt

Case Agent/LEO